U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAY 1 9 2008

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TERRELL DEVON WILLIAMS | : | DOCKET NO. 2:07 CV 0485 |
| VS. | : | JUDGE MINALDI |
| JOE YOUNG | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM ORDER

Before the Court is a Motion for Reconsideration, [doc. 35], filed by the plaintiff Terrell Devon Williams (hereinafter "Williams"). On April 11, 2008, this Court denied William's Motion to Appoint Counsel, [doc. 31], because the plaintiff's motion to proceed *in forma pauperis* was previously denied.

In his Motion for Reconsideration, Williams states he is willing to pay for his representation up to $5,000 through CJA Appointment CJA 20 Voucher, but requests this Court appoint an attorney pursuant to 18 U.S.C. § 3006A(f) because he does not have the resources to find an attorney due to his incarceration. Williams argues that "it would be much easier and quicker due to the time limits" for the Court to appoint counsel and have Williams reimburse the Registry of the Court for the appointed counsel.

The Criminal Justice Act of 1964, 18 U.S.C. § 3006A, only requires the court appoint counsel when the defendant is financially unable to obtain counsel. *United States v. Foster*, 867 F.2d 838, 841 (5th Cir. 1989); *see also De La Fe v. United States*, 413 F.2d 543, 544 (C.A. Fla. 1969) (finding that the burden of appointing counsel "only attaches upon representation of an

1

individual that he is indigent and that he wishes an attorney").  Because the Court has previously ruled that Williams is financially able to obtain counsel, and Williams himself admits he is financially able to obtain counsel, this Court has no obligation to appoint counsel pursuant to 18 U.S.C. § 3006A; accordingly,

IT IS ORDERED that Williams' Motion for Reconsideration, [doc. 35], is hereby DENIED.

Lake Charles, Louisiana, this __19__ day of ___May___, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

2